**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

STEPHEN F. ALBEE,

    Plaintiff,

vs.                                                      Case No. 3:13-cv-1158-J-32JRK

SANTANDER CONSUMER USA, INC.,

    Defendant.

## ORDER

Upon review of the parties' Joint Stipulation of Dismissal (Doc. 11), filed on January 17, 2014, this case is dismissed with prejudice.  Each party shall bear its own attorney's fees and costs. The Clerk should close the file.

**DONE AND ORDERED** at Jacksonville, Florida, on this 17th day of January, 2014.

                                               TIMOTHY J. CORRIGAN
                                               United States District Judge

bjb.
Copies:

Counsel of Record